Fernando **LUNA**, Plaintiff–Appellant,

v.

Gregory **LARKIN**, University of Central Florida Board of Trustees, Julie Wilk Richard Beary, Defendants–Appellees.

No. 13–13369

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 23, 2014.

Jack B. Nichols, Law Offices of Jack B. Nichols, Orlando, FL, for Plaintiff–Appellant.

Paul Stephen Jones, Katherine Nieli Kmiec, Luks Santaniello Petrillo & Jones,

LLC, Youndy C. Cook, University of Central Florida, General Counsel's Office, Orlando, FL, Leena Joseph, Leena Joseph, Esquire, Saint Cloud, FL, James P. Waczewski, Luks Santaniello Petrillo & Jones, LLC, Tallahassee, FL, for Defendants–Appellees.

Before TJOFLAT, JORDAN and FAY, Circuit Judges.

PER CURIAM:

We affirm the District Court's judgment of July 24, 2013, dismissing with prejudice Counts Five through Eleven of plaintiff's second amended complaint. We do so for the reason stated in the court's July 23, 2013, order: the claims in those counts are barred by the Eleventh Amendment to the United States Constitution.

AFFIRMED.